# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 543

132946(77)

DOUGLAS LATHAM,
        Plaintiff-Appellee,

v

BARTON MALOW COMPANY,
        Defendant-Appellant.

_____

SC: 132946
COA: 264243
Oakland CC: 04-059653-NO

In this cause a motion for rehearing is considered and it is DENIED. The motion for leave to file a reply brief is GRANTED.

Cavanagh, J., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2008

_____
Clerk